UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PULLING,<br><br>         Plaintiff,<br><br>    v.<br><br>B. POLLARD, et al.,<br><br>         Defendants. | No. 1:20-cv-00970-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 5) |

Plaintiff Darryl Pulling is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed, without prejudice, because of plaintiff's failure to prosecute this case and failure to comply with a court order.  (Doc. No. 5 at 3.)  Specifically, the magistrate judge found that plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis* after the court ordered him to do so within forty-five (45) days.  (*Id*. at 1.)

/////

1

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.*) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 10, 2020 (Doc. No. 5) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2020**

_____
UNITED STATES DISTRICT JUDGE